

**CT Corporation**

EXHIBIT B

**Service of Process Transmittal**
08/05/2014

| | |
|---|---|
| **TO:** | Deloris Stephenson<br>Tractor Supply Company<br>200 Powell Place<br>Brentwood, TN 37027 |
| **RE:** | **Process Served in Alabama** |
| **FOR:** | TRACTOR SUPPLY COMPANY (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lucasta Manning, Pltf. vs. Tractor Supply Company, Dft. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Cover Sheet, Civil Complaint |
| **COURT/AGENCY:** | Marengo County Circuit Court, AL<br>Case # 48CV201490009700 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 08/06/2014 -<br>5510 McFarland Blvd. E., Northport, Alabama 35475, Tuscaloosa County, Alabama |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Montgomery, AL |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/05/2014 postmarked on 08/04/2014 |
| **JURISDICTION SERVED:** | Alabama |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after this summons and complaint were delivered to you |
| **ATTORNEY(S) / SENDER(S):** | Al Jones<br>The Law Offices of Attorney Al Jones & Associates, P.C.<br>2626 7th Street<br>Tuscaloosa, AL 35401<br>205-345-0806 |
| **REMARKS:** | |
| **ACTION ITEMS:** | |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104 |
| **TELEPHONE:** | 212-590-9070 |

Page 1 of 1 / CL

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**KENNY FREEMAN**
MARENGO COUNTY CIRCUIT CLERK
P.O. BOX 480566
LINDEN, ALABAMA 36748



CERTIFIED MAIL™

7012 3050 0001 0859 3589

neopost
08/04/2014
US POSTAGE  $06.69⁰




FIRST-CLASS MAIL



ZIP 36748
041L11232472



AlaFile E-Notice

48-CV-2014-900097.00

To: TRACTOR SUPPLY CO. C/O CT CORP.
2 NORTH JACKSON STREET
STE. 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

LUCASTA MANNING V. TRACTOR SUPPLY CO. C/O CT CORP.
48-CV-2014-900097.00

The following complaint was FILED on 8/1/2014 5:48:33 AM

Notice Date:    8/1/2014 5:48:33 AM

KENNY FREEMAN
CIRCUIT COURT CLERK
MARENGO COUNTY, ALABAMA
101 EAST COATS AVENUE
LINDEN, AL 36748

334-295-2219
kenny.freeman@alacourt.gov

| State of Alabama | SUMMONS | Case Number: |
|---|---|---|
| Unified Judicial System | - CIVIL - | 48-CV-2014-900097.00 |
| Form C-34   Rev 6/88 | | |

IN THE CIRCUIT COURT OF MARENGO COUNTY
LUCASTA MANNING V. TRACTOR SUPPLY CO. C/O CT CORP.

NOTICE TO   TRACTOR SUPPLY CO. C/O CT CORP., 2 NORTH JACKSON STREET STE. 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY ALBERT JONES

WHOSE ADDRESS IS 2626 7th Street, TUSCALOOSA, AL 35401

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   LUCASTA MANNING
pursuant to the Alabama Rules of the Civil Procedure

Date  8/1/2014 5:48:33 AM        /s/ KENNY FREEMAN
                                 Clerk/Register
                                 101 EAST COATS AVENUE
                                 LINDEN, AL 36748

☑ Certified Mail is hereby requested        /s/ ALBERT JONES
                                            Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date)

Date                Server's Signature              Address of Server

Type of Server      Server's Printed Name

                                                    Phone Number of Server

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>48-CV-201<br>Date of Filing:<br>08/01/2014 | ELECTRONICALLY FILED<br>8/1/2014 5:47 AM<br>48-CV-2014-900097.00<br>CIRCUIT COURT OF<br>MARENGO COUNTY, ALABAMA<br>KENNY FREEMAN, CLERK |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT OF MARENGO COUNTY, ALABAMA**
**LUCASTA MANNING v. TRACTOR SUPPLY CO. C/O CT CORP.**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP-Contempt of Court
- ☐ CONT-Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD-Eviction Appeal/Unlawfyul Detainer
- ☐ FORJ-Foreign Judgment
- ☐ FORF-Fruits of Crime Forfeiture
- ☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB-Protection From Abuse
- ☐ FELA-Railroad/Seaman (FELA)
- ☐ RPRO-Real Property
- ☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP-Workers' Compensation
- ☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ Yes ☐ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** JON141    8/1/2014 5:47:40 AM    /s/ ALBERT JONES

**MEDIATION REQUESTED:** ☐ Yes ☐ No ☑ Undecided

ELECTRONICALLY FILED
8/1/2014 5:47 AM
48-CV-2014-900097.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
KENNY FREEMAN, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, ALABAMA

| | |
|---|---|
| LUCASTA MANNING, | & |
| Plaintiff, | & |
| | & |
| v. | &     CASE NO.: CV-2014-_____ |
| | & |
| TRACTOR SUPPLY COMPANY | & |
| Defendant. | & |

### CIVIL COMPLAINT FOR MONETARY DAMAGES

COMES NOW the Plaintiff, by and through her Attorney of Record, and files this civil complaint for monetary damages and says the following in support thereof:

### JURISDICTIONAL PREREQUISITES

Plaintiff resides at 5712 Buckhead Drive, Northport, AL 35473 and resided at such address on or about August 06, 2012.

Defendant is a retail change store that supplies tractor supplies and farm and livestock products throughout its stores in Alabama and has a store in Demopolis, Alabama at 1401 U.S. Highway 80, Demopolis, AL 36732 and Defendant was maintaining such a store on or about August 06, 2012, the date of the complained incident and accident. Defendant is deemed to have sufficient contacts with Marengo County, Alabama for jurisdictional filing.

The complained of accident occurred on or about August 06, 2014 at the Tractor Supply Company store located at 5510 McFarland Blvd., E., Northport, Alabama 35475 in Tuscaloosa County, Alabama.

### STATEMENT OF FACTS

On or about August 06, 2012, Plaintiff, then a patron of the Tractor Supply Company in Northport, Alabama, entered the store with the intention of purchasing a salt block for her livestock. On a rack in the store were the salt blocks. As Plaintiff attempted to pick up the salt

block for purchase, Plaintiff cut her arm on a sharp edge on the stand that held the salt blocks for purchase. The sharp edge was not open nor was it obvious to the general consumer or patron. After cutting her arm, Plaintiff twisted her shoulder from the sudden pain of the cut to her arm and the fifty (50) pound weight of the salt block that she held.

## COUNT ONE – WANTONNESS

1. Defendant stacked it's salt blocks on and metal rack with sharp edges unexposed to the general public. Defendant knew or should have known that because the sharp edges were not exposed or obvious to the general public, there would be injury as a result of this non-exposure of the sharp edges on the metal stand and the general public's attempt to secure salt blocks from such metal stand.

## COUNT TWO – NEGLIGENCE

2. Plaintiff avers and reaffirms paragraph 1 and adds that Defendant had a general duty to keep the metal stand free and clear of any hidden defects that would cause injury to the general public through normal shopping experiences and this duty was breached by having sharp edges on the metal stand which were not open and obvious to the general public and as a result of this breach, Plaintiff suffered injury.

## COUNT THREE - BREACH OF CONTRACT

3. Plaintiff aver and reaffirms paragraphs 1-2 and adds that Defendant has a general duty through implied contract to maintain a safe shopping environment for the general public as the general public enters, shops at and leaves Defendant's stores. By allowing Plaintiff to be injured in Defendant's store, is a direct breach of this implied contract.

## COUNT FOUR – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

4. Plaintiff avers and reaffirms paragraphs 1-3 and adds that through Defendant's negligence, Plaintiff has been caused to suffer tremendous emotional distress and this emotional distress if compensable.

## COUNT FIVE – NEGLIGENT HIRING, TRAINING AND SUPERVISION

5. Plaintiff avers and reaffirms paragraphs 1-4 and adds that Defendant has failed to hire properly the type of employee that would have noticed the hidden defect of the sharp edges on the metal stand and prevented injury to Plaintiff. Plaintiff adds that Defendant has failed to train properly the type of employee that would have noticed the hidden defect of the sharp edges on the metal stand and prevented injury to Plaintiff. Plaintiff finally adds that Defendant has failed to supervise properly the type of employee that would have noticed the hidden defect of the sharp edges on the metal stand and prevented injury to Plaintiff. Because Defendant had a duty to properly hire, train and supervise its employees to prevent injury Plaintiff and because Plaintiff was injured as a result of this failure to hire, train or supervise, Defendant has breached such duty and as a general rule and principle under Alabama, Defendant is negligent as a matter of law.

## DAMAGES

A. COMPENSATORY: $150,000.00
B. PUNITIVE: $100,000.00
C. INJUNCTIVE: An injunction requiring Defendant to refrain from such future actions that have led to Plaintiff's injuries.
D. All other relief the Court deems fit and proper.

## JURY DEMAND

Plaintiff demands a trial by struck jury.

Dated this the **1st** day of **August, 2014**.

/S/ *Al Jones* (JON-141)

Attorney at Law

OFCOUNSEL:

The Law Offices of Attorney AL Jones

& Associates, P.C.

2626 7th Street

Tuscaloosa, AL 35401

Phone: (205) 345-0806

Email: Albiejonz@gmail.com