# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LUCASTA MANNING, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 14-00366-KD-M |
| ) | |
| TRACTOR SUPPLY COMPANY, ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Tractor Supply Company as to Plaintiff Lucasta Manning's claims against it, such that this case is **DISMISSED.**

**DONE** and **ORDERED** this the **9th** day of **April 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**