# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 10, 2015

Charles R. Diard Jr.
U.S. District Court
113 SAINT JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 15-11847-A
Case Style: Lucasta Manning v. Tractor Supply Company
District Court Docket No: 2:14-cv-00366-KD-M

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Denise E. O'Guin, A
Phone #: (404) 335-6188

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 15-11847-A
_____

LUCASTA MANNING,

                                                                         Plaintiff - Appellant,

versus

TRACTOR SUPPLY COMPANY,

                                                                           Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Lucasta Manning failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court and file a Civil Appeal Statement form within the time fixed by the rules, effective June 10, 2015.

DOUGLAS J. MINCHER
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Denise E. O'Guin, A, Deputy Clerk

                                                                                  FOR THE COURT - BY DIRECTION